UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
KARA O'GRADY,                                                    Justice Marrero
               Plaintiff(s),                  07-CV-8207
    - against -
PAMELA BUTLER, TIFFANY BUTLER,
SINGH GURPINDER and PAL MANDEEP
               Defendant(s).
------------------------------------------------------------------x

## CERTIFICATION OF SERVICE BY EFILING AND MAIL

STATE OF NEW YORK    )
                              ) ss:
COUNTY OF NEW YORK  )

    **MARJORIE E. BORNES, ESQ.,** an attorney duly licensed to practice in the Courts of the State of New York and in the Eastern and Southern District Courts, hereby certifies that:

    On October 3, 2007, I served **INTERROGATORIES,** by electronically filing with the Clerk of the Court in accordance with the Federal Rules of Civil Procedure and/or the Eastern District's local Rules, upon:

    **JAROSLAWICZ & JAROS, LLC**
    David Jaroslawicz, Esq. (DJ-6931
    Attorneys for Plaintiff(s) *O'Grady*
    225 Broadway – 24th Floor
    New York, NY 10007

    In addition, on October 3, 2007, I served the same papers described above by depositing a true copy of same enclosed in a post paid properly addressed wrapper in a post office under the exclusive care and custody of the U.S. Postal Service within the State of New York addressed to each attorney or party as follows:

    **PAMELA BUTLER**
    **TIFFANY BUTLER**
    163 West 133rd Street
    New York, NY 10030

                                                                      _____
                                                                      MARJORIE E. BORNES

Dated:  New York, NY
           October 3, 2007