`UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
KARA O'GRADY,
                Plaintiff(s),

- against -

PAMELA BUTLER, TIFFANY BUTLER,
SINGH GURPINDER and PAL MANDEEP
                Defendant(s).
------------------------------------------------------------------x

Justice Marrero

07-CV-8207

**Answer to
Cross-Claim**

The defendant(s), **GURPINDER P. SINGH s/h/a SINGH GURPINDER and PAL MANDEEP** by their attorney, **MARJORIE E. BORNES, ESQ.**, answering the cross-claim of Defendants **PAMELA BUTLER and TIFFANY BUTLER** respectfully alleges upon information and belief, as follows:

### AS AND FOR THEIR ANSWER TO THE CROSS-CLAIM

1. Deny each and every allegation contained in paragraph(s) "EIGHTH", "NINTH" and "TENTH" of the Cross-Claim.

W H E R E F O R E, the answering defendant(s) **GURPINDER P. SINGH s/h/a SINGH GURPINDER and PAL MANDEEP**, demand(s) judgment dismissing the complaint of the plaintiff(s) herein, or in the alternative, demands indemnification and/or contribution from the co-defendants and/or plaintiff herein, together with the costs and disbursements of this action.

Dated: New York, NY
      October 15, 2007

Yours, etc.,

_____
**MARJORIE E. BORNES, ESQ. MB6505**
Attorneys for Defendant(s)
*Singh and Mandeep*
330 West 34th Street - 7th Floor
New York, NY 10001
(212) 857-8252

**TO:** **JAROSLAWICZ & JAROS, LLC**
David Jaroslawicz, Esq. (DJ-6931
Attorneys for Plaintiff(s) *O'Grady*
225 Broadway – 24th Floor
New York, NY 10007

**MARTIN, FALLON & MULLE**
Richard C. Mulle, Esq. (RCM 2151)
Attorneys for Defendant(s)
*Butler and Butler*
100 East Carver Street
Huntington, NY 11743
(631) 421-1211
Your File# 07-5288

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
KARA O'GRADY,                                    Justice Marrero
                Plaintiff(s),             07-CV-8207
   - against -
PAMELA BUTLER, TIFFANY BUTLER,
SINGH GURPINDER and PAL MANDEEP
                Defendant(s).
------------------------------------------------------------------x

## CERTIFICATION OF SERVICE BY EFILING AND MAIL

STATE OF NEW YORK    )
                            ) ss:
COUNTY OF NEW YORK  )

     I hereby certify that on October 15, 2007 the foregoing document **ANSWER TO CROSS-CLAIM** was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District=s Local Rules, and/or the Southern District=s Rules on Electronic Service, upon:

**TO:**    **JAROSLAWICZ & JAROS, LLC**
           David Jaroslawicz, Esq. (DJ-6931
           Attorneys for Plaintiff(s) *O'Grady*
           225 Broadway – 24th Floor
           New York, NY 10007

           **MARTIN, FALLON & MULLE**
           Richard C. Mulle, Esq. (RCM 2151)
           Attorneys for Defendant(s)
           *Butler and Butler*
           100 East Carver Street
           Huntington, NY 11743
           (631) 421-1211
           Your File# 07-5288

_____
MARJORIE E. BORNES, ESQ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
INDEX # 07-CV-8207

KARA O'GRADY,
                  Plaintiff(s),
    - against -
PAMELA BUTLER, TIFFANY BUTLER,
SINGH GURPINDER and PAL MANDEEP
                Defendant(s).

## ANSWER TO CROSS-CLAIM

**MARJORIE E. BORNES, ESQ.**
Attorney for Defendant(s) *Singh and Mandeep*
330 West 34th Street - 7th Floor
New York, NY 10001
(212) 857-8252

*TO:*
*Attorney for*_____
*Service of a copy of the within              is hereby admitted.*

*Dated*          _____          *Attorneys for*

**PLEASE TAKE NOTICE**
_____Notice of Entry
that the within is a true copy of a    duly entered in the office of the Clerk of the within Court on    , 200 .

_____Notice of Settlement
that an order of which the within is a true copy will be presented for settlement to the Hon. , one of the Judges of the within named Court, at    on    at    A.M.
Dated

                                **MARJORIE E. BORNES, ESQ.**
                                *Attorney for Defendant(s)*
                                *Singh and Mandeep*
                                330 West 34th Street - 7th Floor
                                New York, NY 10001
                                212-857-8252

TO:
Attorney for