# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of NEW YORK

Index Number: O7 CIV 8207 MARRERO                Date Filed: _____

Plaintiff:
**KARA O'GRADY**

vs.

Defendant:
**PAMELA BUTLER, ET AL**

For:
JAROSLAWICZ & JAROS
225 Broadway
24th Floor
New York, NY 10007

Received by GOTCHA ATTORNEY SERVICES, INC. to be served on **SINGH GURPINDER, 92-15 241 STREET, BELLROSE, NY 11426**.

I, BETHEL DEBNAM, being duly sworn, depose and say that on the **26th day of September, 2007** at **6:55 am**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS & COMPLAINT IN A CIVIL CASE** to: **SINGH GURPINDER** at the address of: **92-15 241 STREET, BELLROSE, NY 11426**

**Military Status:** AT THE TIME OF SERVICE, DEPONENT ASKED WHETHER THE DEFENDANT/RECIPIENT IS IN ACTIVE MILITARY SERVICE FOR THE UNITED STATES OF AMERICA OR FOR ANY STATE IN THE UNITED STATE IN ANY CAPACITY WHATEVER OR DEPENDENT UPON A PERSON IN ACTIVE MILITARY SERVICE AND RECEIVED A NEGATIVE REPLY.

**Description** of Person Served: Age: 27, Sex: M, Race/Skin Color: Indian, Height: 5'11", Weight: 200, Hair: Black, Glasses: N

I am over the age of eighteen, have no interest in the above action and have the authority to serve process pursuant to CPLR 2103.

Subscribed and Sworn to before me on the 27th day of September, 2007 by the affiant who is personally known to me.

_Andrea Molony_
NOTARY PUBLIC

**ANDREA MOLONY**
Notary Public, State of New York
No. 01MO6037166
Qualified in Suffolk County
Commission Expires Feb. 14, 20__

BETHEL DEBNAM
Process Server

GOTCHA ATTORNEY SERVICES, INC.
P.O. Drawer 1240
Aquebogue, NY 11931
(631) 369-4925

Our Job Serial Number: 2007004543

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9t