# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of NEW YORK

Index Number: O7 CIV 8207 MARRERO

Date Filed: _____

Plaintiff:
**KARA O'GRADY**

vs.

Defendant:
**PAMELA BUTLER, ET AL**

For:
JAROSLAWICZ & JAROS
225 Broadway
24th Floor
New York, NY 10007

Received by GOTCHA ATTORNEY SERVICES, INC. to be served on **PAL MANDEEP, 78-58 268TH ST., FLORAL PARK, NY 11004**.

I, BETHEL DEBNAM, being duly sworn, depose and say that on the **4th day of October, 2007** at **4:38 am**, I:

served a **SUITABLE AGE PERSON** by delivering and leaving a true copy of the **SUMMONS & COMPLAINT IN A CIVIL CASE** with **JASPER PAL, MOTHER** at **78-58 268TH ST., FLORAL PARK, NY 11004**, the said premises being the respondent's place of **Abode** within the State of New York. Deponent completed service by mailing a true copy of the **SUMMONS & COMPLAINT IN A CIVIL CASE** in a postpaid envelope addressed to: **78-58 268TH ST., FLORAL PARK, NY 11004** and bearing the words "Personal & Confidential" by First Class Mail on **10/5/2007** and placed in an official depository of the U.S.P.S. in the State of New York.

**Military Status:** AT THE TIME OF SERVICE, DEPONENT ASKED WHETHER THE DEFENDANT/RECIPIENT IS IN ACTIVE MILITARY SERVICE FOR THE UNITED STATES OF AMERICA OR FOR ANY STATE IN THE UNITED STATE IN ANY CAPACITY WHATEVER OR DEPENDENT UPON A PERSON IN ACTIVE MILITARY SERVICE AND RECEIVED A NEGATIVE REPLY.

**Description** of Person Served: Age: 54, Sex: F, Race/Skin Color: East Indian, Height: 5'6", Weight: 160, Hair: Black/Grey, Glasses: N

I am over the age of eighteen, have no interest in the above action and have the authority to serve process pursuant to CPLR 2103.

BETHEL DEBNAM
Process Server

Subscribed and Sworn to before me on the 5th day of October, 2007 by the affiant who is personally known to me

NOTARY PUBLIC

GOTCHA ATTORNEY SERVICES, INC.
P.O. Drawer 1240
Aquebogue, NY 11931
(631) 369-4925

Our Job Serial Number: 2007004544

**ANDREA MOLODY**
Notary Public, State of New York
No. 01MO6037166
Qualified in Suffolk County
Commission Expires Feb. 14, 20_10_

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9t