LAW OFFICE OF

# JAROSLAWICZ & JAROS, LLC

225 BROADWAY, 24TH FLOOR
NEW YORK, NEW YORK 10007

(212) 227-2780

David Jaroslawicz
(NY, FL & CA Bars)
Abraham Jaros

December 10, 2007

**By Fax (212) 805-6382**

Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:    O'GRADY V. BUTLER
07 CIV. 8207

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 12 . 11 . 07

Dear Judge Marrero:

We represent the plaintiff in the above matter. Our client was a passenger involved in a two-car collision.

In the erroneous belief that this matter had been referred to Magistrate Peck we sent a letter dated December 10, 2007 to the Magistrate, a copy of which is enclosed. We were subsequently advised by Magistrate Peck's secretary that although the matter had been assigned to Magistrate Peck when the case was filed, it had not been referred to him.

We respectfully request that the Court set this matter down for a Rule 16 conference, or in the alternative refer this matter to Magistrate Peck.

Respectfully yours,

David Jaroslawicz

DJ:rm
enclosure
cc:    Martin, Fallon & Mulle *by fax (631) 421-5439*
       *Attorneys for Defendants Butler*

       Marjorie E. Bornes, Esq. *by fax (212) 857-8210*
       *Attorney for Defendants Singh and Mandeep*

> The parties are directed to address the matter set forth above to Magistrate Judge Andrew J. Peck, to whom this dispute has been referred for resolution, as well as for supervision of remaining pretrial proceedings, establishing case management schedules as necessary, and settlement.
>
> **SO ORDERED.**
>
> 12-11-07
> Date                    VICTOR MARRERO, U.S.D.J.