UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

KARA O'GRADY,

         Plaintiff,

   -against-

PAMELA BUTLER, TIFFANY BUTLER, SINGH GURPINDER & PAL MANDEEP,

         Defendants.

------------------------------------- x

07 Civ. 8207 (AJP)

<u>RULE 16 SCHEDULING ORDER</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/07

**ANDREW J. PECK, United States Magistrate Judge:**

Based on the Initial Pretrial Conference pursuant to Rule 16, Fed. R. Civ. P., held on December 20, 2007 before Magistrate Judge Andrew J. Peck, IT IS HEREBY ORDERED THAT:

    1.    All fact and expert discovery must be completed by April 25, 2008. Expert reports must be served by February 28, 2008 plaintiff, April 11, 2008 defendants. Mandatory initial disclosure pursuant to Rule 26(a)(1), Fed. R. Civ. P., is due December 31, 2007.

    2.    Each party will notify this Court by April 29, 2008 as to whether it intends to move for summary judgment. Summary judgment motions must be filed by

C:\ORD\16RULES

2

May 19, 2008, and must comply with the Federal Rules of Civil Procedure, the Local Rules of this Court, and my chamber rules.

    3.    The parties are to submit a joint proposed pretrial order, in conformance with the Federal Rules of Civil Procedure, the Local Rules of this Court, and my chamber rules, by May 19, 2008 if neither party is moving for summary judgment, or 30 days after decision on the summary judgment motion. The case will be considered trial ready on 24-hours notice after the pretrial order has been submitted.

    4.    A status conference will be held before the undersigned on March 4, 2008 at 9:30 a.m. in Courtroom 20D (500 Pearl Street).

    5.    The parties are directed to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is enclosed.

SO ORDERED.

DATED:    New York, New York
December 20, 2007

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:    Abraham Jaros, Esq.
Michael P. Jones, Esq.
Marjorie E. Bornes, Esq.