DOCUMENT
ELECTRONICAL
DOC #: _____
DATE FILED: 1-4-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

KARA O'GRADY

            Plaintiff(s),

   - against -

PAT BUTLER
S. GURPINDER
P. _____ Defendant(s).

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

07 Civ. 8207 (VM) (AJP)

IT IS HEREBY STIPULATED by the undersigned:

    1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

    2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

_____
Attorney(s) for Plaintiff(s)
Address
Telephone

_____
Attorney(s) for Defendant(s)
Address
Telephone

_____
Attorney(s) for Butler
Address
Telephone

_____
Attorney(s) for
Address
Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b).)

SO ORDERED. 1-4-08

_____
Victor Marrero    U.S.D.J.

Magistrate Judge Peck was assigned this case on _____.

_____
For: Clerk U.S.D.C. S.D.N.Y.

SDNY Web 4/99