Law Offices of

# JAROSLAWICZ & JAROS, LLC

225 Broadway, 24th Floor
New York, New York 10007

David Jaroslawicz (NY, FL & CA Bars)
Abraham Jaros

(212) 227-


RECEIVED
FEB 14 2008
CHAMBERS OF
ANDREW J. PECK


USDC
DOC
ELECTRONICALLY FILED
DOC #:
DATE: 2/14/08

Jeffrey L. Koenig
Associate
(NJ & CT Bars)

February 13, 2008

**MEMO ENDORSED**

**BY FAX ONLY: 212-805-7933**
Hon. Andrew J. Peck
United States Magistrate Judge
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1370
New York, New York 10007

    Re:  *Kara O'Grady v. Pamela Butler, Tiffany Butler, et al.*
           <u>S.D.N.Y. Docket no. 07 CV 8207 (VM) (AJP)</u>

Dear Magistrate Judge Peck,

    We represent the plaintiff in the above referenced action has been referred to Your Honor for all pretrial purposes.

    Plaintiff was a blameless passenger in a taxi cab which was involved in an intersection accident, and maintains this action against the drivers of the taxi and the other car.

    Due to scheduling difficulties that have arisen, we are writing to request 30 day extension of each of the dates in the December 20, 2007 Scheduling Order.

    As it stands now, plaintiff's expert reports must be served by February 28, defendants' expert reports are to be served by April 11; all fact and expert discovery must be completed by April 25, and parties are to notify the Court by April 29 as to whether they intend to move for summary judgment. Summary judgment motions are due by May 19.

JAROSLAWICZ & JAROS, LLC

February 14, 2008
Page 2 of 2

Plaintiff proposes that the schedule be adjusted so that that her expert reports will be served by March 28; defendants' reports will be served by May 12; all fact and expert discovery will be completed by May 26; and the parties will notify the Court by May 29 as to whether they intend to move for summary judgment, with all summary judgment motions to be filed by June 19.

As of this request, the depositions of the plaintiff and defendant Pal Mandeep have taken place. Plaintiff has been unable to obtain her expert reports due to difficulty in the experts' and plaintiff's schedules.

There have been no prior extension requests. Defense counsel Marjorie Bournes, Esq. has consented to this request. Unfortunately, defense counsel Mary Ellen David, Esq. of Martin Fallon & Mulle would neither consent nor state a basis for her refusal.

Respectfully yours,

Jeffrey L. Koenig

cc. By Fax: 631-421-5439
Mary Ellen David, Esq.
MARTIN, FALLON & MULLE
100 East Carver Street
Huntington, New York 11743
*Attorneys for defendants Pamela and Tiffany Butler*

By Fax: 212-857-8210
MARJORIE E. BORNES, ESQ.
330 West 34th Street
New York, New York 10001
*Attorneys for defendants Singh Gurpinder and Pal Mandeep*

**MEMO ENDORSED** 2/14/08

1. [handwritten notes, illegible] 3/28...
   [illegible] 4/15.
2. SJ [illegible] 5/26. SJ
   motion [illegible] 6/19 [if any]
3. Further [illegible]
   [illegible].

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

**BY FAX**

# FAX TRANSMITTAL SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

<u>Dated</u>:   <u>February 14, 2008</u>                              <u>Total Number of Pages</u>:   <u>3</u>

| TO | FAX NUMBER |
|---|---|
| Jeffrey L. Koenig, Esq. | 212-227-5090 |
| Mary Ellen David, Esq. | 516-421-5439 |
| Marjorie E. Bornes, Esq. | 212-857-8210 |

# TRANSCRIPTION:

**MEMO ENDORSED 2/14/08**

1.  Discovery cutoff extended to 5/2.  Pltf. expert report due 3/13, def. due 4/25.

2.  SJ notice due 5/6.  SJ motion or PTO due 5/19 (unchanged).

3.  Further extensions are extremely unlikely.