## LAW OFFICES
## MARTIN, FALLON & MULLÉ
100 EAST CARVER STREET
HUNTINGTON, NEW YORK 11743-3593



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08

THOMAS F. FALLON (1931-2002)
STANLEY G. MARTIN
RICHARD C. MULLÉ

PETER D. GARONE
LARRY M. SHAW

RECEIVED
FEB 19 2008
CHAMBERS OF
ANDREW J PECK

631 421-1211

SUSAN L. MARTIN
MARYELLEN DAVID
MICHAEL P. JONES
STEPHEN P. BURKE
DANIEL C. VASSALLO
JOHN H. NELSON

TELECOPIER
631 421-5659

February 15, 2008

Magistrate Judge Andrew J. Peck      –VIA FAX ONLY–212-805-7933
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**BY FAX, MEMO ENDORSED** 2/20/08

Re:   O'Grady v. Butler, et al
      Case No: 07 Civ. 8207
      Our File No: 07-5288

*[Handwritten endorsement:]* Plaintiff to allow photographs of injured scarring by her counsel or she will be precluded from raising any scarring issue at trial. SO ORDERED: /s/ Hon. Andrew J. Peck, United States Magistrate Judge

Dear Magistrate Peck:

We represent the defendant Butler in this matter. The plaintiff's deposition was recently conducted on February 5, 2008. During the deposition the plaintiff testified that she sustained multiple lacerations which resulted in scarring. Plaintiff's counsel refused to allow the alleged scarring to be shown/viewed by our attorney at the deposition. Plaintiff's counsel also refused to consider providing photographs of the alleged scarring.

We have spoken to plaintiff's counsel, Jeff Koenig on February 13, 2008 and he reiterated his refusal to disclose the alleged scarring to defendant's counsel via plain viewing or photograph.

We request a discovery conference to address the issue. Alternatively, we will accept a stipulation from the plaintiff's attorney that no claim will be made for scarring and no mention of scarring will be made to the jury.

Very truly yours,

MARTIN, FALLON & MULLÉ

BY:   Richard C. Mullé (2151)
      Extension 107

RCM:vc
CC: Jaroslawicz & Jaros, LLC
    Marjorie E. Bornes, Esq.

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

**Dated:**  February 20, 2008                                **Total Number of Pages:**  2

| TO | FAX NUMBER |
|---|---|
| Richard C. Mulle, Esq. | 516-421-5439 |
| David Jaroslawicz, Esq.<br>Marjorie E. Bornes, Esq. | 212-227-5090 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 2/20/08**

**Plaintiff is to allow photographic or in person examination of her scars or she will be precluded from raising the issue before the jury.**