LAW OFFICES

MARTIN, FALLON & MULLÉ

100 EAST CARVER STREET
HUNTINGTON, NEW YORK 11743-3593

631 421-1211

THOMAS F. FALLON (1934-2002)
STANLEY G. MARTIN
RICHARD C. MULLÉ

PETER D. GARONE
LARRY M. SHAW

SUSAN L. MARTIN
MARYELLEN DAVID
MICHAEL P. JONES
STEPHEN P. BURKE
DANIEL C. VASSALLO
JOHN H. NELSON

TELECOPIER
631 421-5439

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4/7/08

April 4, 2008

VIA FAX-212-805-7933

BY FAX

Magistrate Judge Andrew J. Peck
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED
APR 04 2008
CHAMBERS OF
ANDREW J. PECK

MEMO ENDORSED

4/7/08 Request is DENIED. Bring her to NYC for her dep on date [illegible] by counsel's [illegible] [illegible]

Re:   O'Grady v. Butler, et al
      Case No: 07 Civ. 8207
      Our File No: 07-5288

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

Dear Magistrate Peck:

This office represents defendants Pamela Butler and Tiffany Butler. A status conference is scheduled April 16, 2008.

It was anticipated that the depositions of the defendants would be able to be completed by that date. We have since learned that the defendant driver, Tiffany Butler, is a student at the University of Vermont. The spring term is in the process of being completed and final exams will be held in the next several weeks. We have been advised that Tiffany Butler will be home by the middle of May.

We have scheduled the deposition of defendant Pamela Butler for next Thursday, April 10. It is requested that we be given an extension of time to produce Tiffany Butler for a deposition so that she can complete the semester at the University of Vermont. We request that the time to complete her deposition be extended until May 30.

Very truly yours,

MARTIN, FALLON & MULLÉ

BY: Richard C. Mullé (2151)
Extension 107

RCM:vc
CC: Jaroslawicz & Jaros, LLC (via fax-212-227-5090)
    Marjorie E. Bomes, Esq. (via fax-212-875-8210)

# FAX TRANSMITTAL SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

**Dated:** April 7, 2008

**Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Richard C. Mulle, Esq. | 631-421-5439 |
| David Jaroslawicz, Esq.<br>Jeffrey L. Koenig, Esq. | 212-227-5090 |
| Marjorie E. Bornes, Esq. | 212-857-8210 |

# TRANSCRIPTION:

**MEMO ENDORSED 4/7/08**

**Request is DENIED. Bring her to NYC for her deposition or pay plaintiff's counsel's expenses to depose her in Vermont.**