LAW OFFICES
# Martin, Fallon & Mullé
100 East Carver Street
Huntington, New York 11743-3593

631 421-1277

Thomas F. Fallon (1934-2002)
Stanley G. Martin
Richard C. Mullé

Peter D. Garone
Larry M. Shaw

Susan L. Martin
Maryellen David
Michael P. Jones
Stephen P. Burke
Daniel C. Vassallo
John H. Nelson

TELECOPIER
631 421-5439

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 5/8/08

RECEIVED MAY 08 2008 CHAMBERS OF ANDREW J PECK

May 8, 2008

VIA FAX - 212-805-7933

Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1370
New York, N.Y. 10007-1212

Re:  O'Grady v. Butler, et al
     Case No: 07-CV-8207 (VM)
     Our File No: 07-5288

**MEMO ENDORSED** 5/8/08

[handwritten endorsement] No PTC is due on 8/30 (as noted). It must be just. My secretary will avail counsel of PTC rules.

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

**BY FAX**

Dear Magistrate Judge Peck:

We previously advised that we would file a summary judgment motion on behalf of the defendants Butler. This letter is to advise that we will not be filing a summary judgment motion.

Very truly yours,

MARTIN, FALLON & MULLÉ

BY:  Richard C. Mullé
     Extension 107

RCM:vc

CC:  Jaroslawicz & Jaros VIA FAX 212-227-5090
     Marjorie Bornes VIA FAX 212-857-8210

# FAX TRANSMITTAL SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated: May 8, 2008                              Total Number of Pages: 2

| TO | FAX NUMBER |
|---|---|
| Jeffrey L. Koenig, Esq. | 212-227-5090 |
| Richard C. Mulle, Esq. | 631-421-5439 |
| Marjorie E. Bornes, Esq. | 212-857-8210 |

## TRANSCRIPTION:

**MEMO ENDORSED 5/8/08**

The PTO is now due 5/30 (or sooner). It must be joint. My secretary will email counsel my PTO models.