| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------ x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#<br>DATE FILED: 5/9/08 |
| KARA O'GRADY, : | |
| Plaintiff, : | 07 Civ. 8207 (AJP) |
| -against- : | **ORDER OF DISMISSAL ON CONSENT** |
| PAMELA BUTLER, TIFFANY BUTLER, SINGH :<br>GURPINDER & PAL MANDEEP, | |
| Defendants. : | |
| ------------------------------------ x | |

**ANDREW J. PECK, United States Magistrate Judge:**

The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that any party may reinstate the action within 30 days hereof if the settlement is not fully effectuated. Any pending motions are to be terminated as moot.

SO ORDERED.

DATED:   New York, New York
         May 9, 2008

Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:   Jeffrey L. Koenig, Esq.
                              Richard C. Mulle, Esq.
                              Marjorie E. Bornes, Esq.

C:\ORD\Dismiss.AJP

LAW OFFICES OF

# JAROSLAWICZ & JAROS, LLC

225 BROADWAY, 24TH FLOOR
NEW YORK, NEW YORK 10007

DAVID JAROSLAWICZ
(NY, FL & CA BARS)
ABRAHAM JAROS



(212) 227-2780

JEFFREY L. KOENIG
ASSOCIATE
(NY & CT BARS)

May 9, 2008

**Via Fax Only To: 212-805-7933**
Hon. Andrew J. Peck
United States Magistrate Judge
United States District Court
Southern District of New York Courthouse
500 Pearl Street, Room 1370
New York, New York 10007

    Re:   *O'Grady v. Butler, Butler, Grupinder & Mandeep*
            SDNY Index No.: 07 cv 8207 (VM)(AJP)

Dear Judge Peck:

    We represent the plaintiff in this two car intersection collision motor vehicle action.

    We are pleased to inform the Court that we have negotiated a global settlement directly with all of the defendants' insurance carriers.

    We respectfully request that the Court hold the PTO due date in abeyance pending receipt and execution of the settlement papers, which we expect to be completed in the next two weeks. Upon execution of the settlement papers, we will promptly notify the Court and make the appropriate filings.

    Since the settlement moots the issue of the late expert disclosure, plaintiff will not be asserting any further objection on that matter.

Respectfully,

Jeffrey L. Koenig

**JAROSLAWICZ & JAROS, LLC**    May 9, 2008
Page 2 of 2

cc **Fax: 212-857-8210**
by fax MARJORIE E. BORNES, ESQ.
only 330 West 34th Street
New York, New York 10001

**Fax: 631-421-5439**
MARTIN, FALLON & MULLE
100 East Carver Street
Huntington, New York 11743